IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlin David Kepp,                               :
                                                 :
      Plaintiff(s),                       :
                                                 :  Case Number: 1:10cv542
  vs.                                           :
                                                 :  Chief Judge Susan J. Dlott
Commissioner of Social Security,                 :
                                                 :
      Defendant(s).                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 6, 2011 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 25, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff DIB benefits is **AFFIRMED.**

As no further matters remain, this case is **CLOSED.**

    **IT IS SO ORDERED.**

                                              ___s/Susan J. Dlott_____
                                              **Chief Judge Susan J. Dlott**
                                              **United States District Court**